FORM 2(c) (ND/SD Miss. DEC.2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

    Plaintiff,

v.                                         CIVIL ACTION NO.: 1:03-cv-762 GuRo

J.L. HOLLOWAY; EMILE DUMESNIL;
CHARLES DECUIR; JOHN ALFORD;
RICHARD T. MCCREARY; RICK REES;
JOHN DANE; III; ALAN A. BAKER;
T. JAY COLLINS; JEROME I. GOLDMAN;
GARY KOTT; RAYMOND E. MABUS;
ANGUS R. COOPER, II; BARRY J. GALT;
KENNETH W. LEWIS; and ERNST & YOUNG,

    Defendants.
_____/

## NOTICE OF SERVICE OF PRE-DISCOVERY DISCLSOURE INFORMATION

Notice is hereby given that
on the date entered below    **Plaintiff, Travelers Casualty & Surety Company of America**

disclosed to    **Defendant, Ernst & Young**

the information required by UNIFORM LOCAL RULE 26.1(A).

                              ___/s/ Andrew V. Tramont_____
                              Andrew V. Tramont, Esq.
                              Frank R. Rodriguez, Esq.
                              Paulino Nunez, Esq.
                              RODRIGUEZ, TRAMONT, GUERRA & NUNEZ, PA
                              Coral Gables Corporate Plaza
                              2100 Ponce de Leon Blvd., Penthouse II
                              Coral Gables, FL  33134
                              ***Counsel for Travelers Casualty and Surety Co. of America***

William V. Westbrook, III (MS Bar 7119)
John Paul Barber (MS Bar 1983)
Bryant, Dukes, and Blakeslee, PLLC
2223 14th Street
P.O. Box 10
Gulfport, Mississippi 39502
Telephone: (228) 863-6101
Facsimile: (228) 868-9077

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was sent via e-mail transmission on the 15th day of March, 2006, to: Joseph B. Haynes, Esq., Cheri A. Grosvenor, Esq., and Michael M. Raeber, Esq., King & Spalding, *Attorneys for Ernst & Young, LLP*, 191 Peachtree Street St., N.E., Atlanta, GA  30303-1763, and U.S. Mail to: James B. Galloway, Esq., Butler, Snow, O'Mara, Stevens & Cannada, *Attorneys for Ernst & Young, LLP*, Merchants Bank Building, 1200 24th Avenue, Suite 204, Gulfport, Mississippi 38501, and U.S. Mail to William A. Barrett, Esq., Ernst & Young, LLP, 5 Times Square, New York, New York 10036-6530.

  /s/ Andrew V. Tramont
COUNSEL OF RECORD