UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, a Connecticut     CIVIL ACTION NO.: 1:03cv762Ro
corporation,

    Plaintiff,

v.

J. L. HOLLOWAY; EMILE DUMESNIL;
CHARLES DECUIR; JOHN ALFORD;
RICHARD T. MCCREARY; RICK REES;
JOHN DANE, III; ALAN A. BAKER; T.
JAY COLLINS; JEROME L. GOLDMAN;
GARY KOTT; RAYMOND E. MABUS;
ANGUS R. COOPER, II; BARRY J. GALT;
KENNETH W. LEWIS; and ERNST &
YOUNG, L.L.P.

    Defendants.
_____/

## Motion to Exclude Expert Testimony and Report of F. Tim Pease

Plaintiff Travelers Casualty and Surety Company of America ("Travelers"), through its undersigned counsel, respectfully moves for the entry of an order excluding the expert testimony of F. Tim Pease.

1. Defendant Ernst & Young ("E&Y") intends to offer F. Tim Pease as a purported expert regarding the "reasonableness and appropriateness" of the estimates at completion ("EACs") prepared by the failed Friede Goldman Halter ("FGH").

2. Mr. Pease's opinions and conclusions are not supported by any basis other than his own speculative assumption of any and all underlying facts he deemed necessary to support them.

3. In addition, Mr. Pease is not qualified to testify regarding the preparation of cost

estimates by a shipyard. Further, he expressly admits that he is not qualified to testify as to the reasonableness of the labor rates used by FGH in the EACs – one of the key components of the EACs.

  4.  Moreover, Pease has not used a legitimate or testable expert methodology to reach or support any of his conclusions.

  5.  Attached hereto are Travelers' exhibits referenced in its supporting memorandum. These include the following:

Exhibit "A" -  Pease Expert Report

Exhibit "B" -  Excerpts from Pease Deposition

Exhibit "C" -  3-21-00 EAC

  WHEREFORE Travelers respectfully requests that an order be entered striking that part of Mr. Downey's Report stating that Travelers did not rely on the 1999 10-K, or that it played no role in Travelers' decision to recommend issuance of the Bond, and precluding Mr. Downey from offering any related testimony.

## CERTIFICATE OF SERVICE

  I, Frank R. Rodriguez, attorney for Plaintiff, Travelers Casualty & Surety Co. of America, do hereby certify that I have this date caused a true and correct copy of the foregoing to be served upon counsel for Defendant as follows:

<u>VIA U.S. MAIL</u>:

Joseph B. Haynes, Esq.
Michael M. Raeber, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.

**CIVIL ACTION NO.: 1:03cv762Ro**

Atlanta, GA 30309-3521

Cheri A. Grosvenor, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Lisa Wolfgast, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

<u>VIA E-MAIL</u>:

Joseph B. Haynes, Esq. - jhaynes@kslaw.com
Michael M. Raeber, Esq. - mraeber@kslaw.com
Cheri A. Grosvenor, Esq. - cgrosvenor@kslaw.com
Lisa Wolfgast, Esq. - lwolfgast@kslaw.com

This 30th day of May, 2006.

/s/ Frank R. Rodriguez

CIVIL ACTION NO.: 1:03cv762Ro

Travelers Casualty and Surety Company
Of America, Plaintiff

RODRIGUEZ TRAMONT
  GUERRA & NUÑEZ, P.A.


By:/s/ Frank R. Rodriguez
      COUNSEL OF RECORD

William V. Westbrook, III (MS Bar 7119)
John Paul Barber (MS Bar 1983)
Bryant, Clark, Dukes, Blakeslee,
  Ramsay & Hammond, PLLC
2223 14th Street
P.O. Box 10
Gulfport, Mississippi 39502
Telephone: (228) 863-6101
Facsimile: (228) 868-9077

OF COUNSEL:
Andrew V. Tramont, Esq. (FL Bar 322830)
Frank R. Rodriguez, Esq. (FL Bar348988)
RODRIGUEZ TRAMONT
  GUERRA & NUÑEZ, P.A.
2100 Ponce De Leon Boulevard, PH II
Coral Gables, Florida 33134
Telephone: (305) 350-2300
Facsimile: (305) 350-2525
Attorneys for Plaintiff,
Travelers Casualty And
Surety Company of America