

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**, a Connecticut corporation, | § § § § § | **PLAINTIFF** |
| **v.** | § § § | **Cause No. 1:03cv762** |
| **ERNST &YOUNG, L.L.P,** | § | **DEFENDANT** |

## FINAL JUDGMENT

Issue having been joined, this cause came on for trial on Monday, February 5, 2007, a regular

day of this Court, the parties, Plaintiff and Defendant, in their own persons and by their respective

attorneys of record, having announced ready for trial, and a jury composed of George T. Washington

and six (6) others, all good and lawful jurors of the Southern District of Mississippi, and the said Jury

having heard all of the evidence and argument of counsel and receiving instructions of the Court,

including a Verdict Form, retired to consider their verdict and presently returned upon their oaths, into

open Court, the following verdict:

Question Number One

Do you find that the plaintiff, Travelers Casualty & Surety Company of America, proved by a
preponderance of the evidence that the defendant Ernst & Young was negligent in that it failed to
perform the audit of Friede Goldman Halter's 1999 financial statements with that degree of care, skill
and diligence that would have been provided by a reasonably prudent, minimally competent CPA when
faced with the same or similar circumstances?

Please answer "Yes" or "No:" Yes

Question Number Two

Did Travelers prove by a preponderance of the evidence that it suffered actual damages that were proximately caused by Ernst & Young's negligence?

Please answer "Yes" or "No:" Yes

Question Number Three

What amount of money, if any, if paid now in cash, would adequately compensate Travelers for its damages?

Answer in dollars and cents, for damages, if any, or answer "none."

Compensatory damages:  $57,772,843.50

Question Number Four

Do you find by a preponderance of the evidence that the defendant, Ernst & Young, and Friede Goldman Halter consciously and deliberately pursued a common plan to commit a tortious act?

Please answer "Yes" or "No:" No

Question Number Five

If you have determined that Ernst & Young was partially or entirely at fault for Travelers' damages, write in the percentage of fault to be allocated to Ernst & Young:

25%

If you have determined that Friede Goldman Halter was partially or entirely at fault for Travelers' damages, write in the percentage of fault to be allocated to Friede Goldman Halter:

<u>75%</u>

Dated  2/28/2007                    Signature of Foreperson George T. Washington

Accordingly, it is the Judgment of the Court that the Plaintiff, Travelers Casualty & Surety Company of America, does have and recover Judgment of and from the Defendant, Ernst & Young, L.L.P., in the sum and amount of Fourteen Million, Four Hundred Forty Three Thousand, Two Hundred Ten Dollars and Eighty Seven Cents ($14,443,210.87).

It is further,

**ORDERED AND ADJUDGED** that all proper costs of this action are taxed to the Defendant.

**SO ORDERED AND ADJUDGED** this the 28th day of February 2007.

LOUIS GUIROLA, JR.
U.S. DISTRICT JUDGE

3